# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00488-CV

**In re Jaime Luevano**

## ORIGINAL PROCEEDING FROM EL PASO COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus. *See* Tex. R. App. P. 52.8. Based on the record and petition provided, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Filed: August 31, 2011